# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

```
CENTRAL MUTUAL INSURANCE
COMPANY,

      Plaintiff,
                                        CV 523-071
v.

EL TOREO, INC., et al.,

      Defendants.
```

### ORDER

Before the Court are Defendant El Toreo, Inc.'s motion to dismiss, dkt. no. 7, Plaintiff Central Mutual Insurance Company's motion to change venue, dkt. no. 10, and the Parties' consent motion to change venue, dkt. no. 13.

This case arises out of a motor vehicle accident which occurred in Lowndes County, Georgia, which is located within the Middle District of Georgia. As such, both Defendant El Toreo, Inc. and Plaintiff Central Mutual Insurance Company agree that this case should have been filed in the Middle District of Georgia rather than the Southern District of Georgia. Dkt. No. 7 at 9; Dkt. Nos. 10, 13. Accordingly, the motions to transfer venue, dkt. nos. 10, 13, are **GRANTED**. The Clerk is **DIRECTED** to transfer this case to the Middle District of Georgia, Valdosta Division. Defendant El Toreo's motion to dismiss, dkt. no. 7, remains pending.

**SO ORDERED,** this 28th day of September, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA