IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY,<br><br>　Plaintiff,<br><br>v.<br><br>EL TOREO, INC., DANIEL C. WALKER, Individually and as Administrator of the Estate of ANITA JOY WALKER, and REASON D. WALKER,<br><br>　Defendants. | Civil Action File No.<br>7:23-CV-00107-WLS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants hereby stipulate and agree that the above-captioned action is hereby dismissed.

Respectfully submitted,

|  |  |
|---|---|
|  | **Bovis, Kyle, Burch & Medlin, LLC**<br><br>/s/ Kim M. Jackson<br>Ga. State Bar No. 387420<br><br>/s/ W. Randal Bryant<br>Ga. State Bar No. 092039<br><br>*Attorneys for Plaintiff Central Mutual Insurance Company* |
| 200 Ashford Center North<br>Suite 500<br>Atlanta, Georgia 30338-2680<br>(770) 391-9100<br>kjackson@boviskyle.com<br>rbryant@boviskyle.com | |

Ryan Law Firm, LLC

106 Webster Street
P.O. Box 2680
Valdosta, Georgia 31604
(229) 232-4310
rryan@ryan-lawllc.com

/s/ G. Robert Ryan, Jr.
Ga. State Bar No. 727030

*Attorney for Defendant El Toreo, Inc.*

Langdale Vallotton, LLP

1007 N. Patterson Street
P.O. Box 1547
Valdosta, Georgia 31603-1547
(229) 244-5400
dparrishbennett@langdalelaw.com

/s/ K. Drew Parrish Bennett
Ga. State Bar No. 493385

*Attorney for Defendants Daniel C. Walker and Reason D. Walker*

SO ORDERED this 16th day of May, 2024.

W. Louis Sands, Sr. Judge
United States District Court

- 2 -