IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No. 7:23-cv-107 (WLS) |
| v. | * |
| EL TOREO INC, et al., | * |
| Defendants. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated May 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of May, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk